CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 5:04CR30045 |
| | ) Case No. 5:08CV80023 |
| v. | ) |
| | ) **FINAL JUDGMENT AND ORDER** |
| | ) |
| LANCE O. PORTER, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the defendant's objections are **OVERRULED** and the Report and Recommendation of the Magistrate Judge is **ADOPTED**; based on the findings and recommendations of the Report and the reasons stated, the defendant's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is **DENIED**; and this action is stricken from the active docket of the court. The Clerk is directed to send copies of this judgment and order to counsel of record.

ENTER: This 26th day of March, 2009.

/s/ Glen E. Conrad
United States District Judge